**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CEDAR LANE TECHNOLOGIES INC., )
)
)
Plaintiff, )
)
)
**Civil Action No. 1:25-cv-00327-RMR-SBP**
v. )
)
)
WIDEOPENWEST, INC. )
)
)
Defendant. )
)

---

**CORRECTED JOINT MOTION FOR E-DISCOVERY ORDER**

---

Plaintiff Cedar Lane Technologies Inc. ("Plaintiff") and Defendant WideOpenWest, Inc. ("Defendant") (together, the "Parties"), by and through their respective counsel of record, hereby move this Court (the "Motion") to enter the E-Discovery Order, and submit in support thereof as follows:

1.      The Parties seek for this Court to enter the E-Discovery Order, attached hereto as **Exhibit 1**.

2.      The Parties also submit herewith a Proposed Order, attached hereto as **Exhibit 2**.

3.      Counsel for the Parties, respectively, certify that they conferred regarding this Motion, the E-Discovery Order, and the Proposed Order on June 10, 2025. *See* D.C.COLO.LCivR 7.1(a).

4.      The Parties further certify that this Motion, the E-Discovery Order, and the

Proposed Order conform to the applicable Patent Rules for the District of Colorado, *see* Local Rules of Practice for the United States District Court for the District of Colorado, *see* D.C.COLO.LCivR 7.1; the Uniform Practice Standards of Senior Judge Christine M. Arguello, Judge Regina M. Rodriguez, Judge Charlotte N. Sweeney, Judge Nina Y. Wang, Judge Gordon P. Gallagher, and Judge S. Kato Crews, *see* Civ. Practice Standard 7.1A(a)(1) & 10.1; and the Uniform Civil Practice Standards of the United States Magistrate Judges.

June 16, 2025


Respectfully submitted:


/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave.
Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com


*Attorney for Plaintiff*

*Cedar Lane Technologies Inc.*

/s/ Richard L. Brophy
Richard L. Brophy
Armstrong Teasdale LLP
7700 Forsyth Blvd.
Suite 1800
St. Louis, MO 63105
Tel: (314) 621-5070
rbrophy@atllp.com


*Attorney for Defendant*

*WideOpenWest, Inc.*